## PAYNE

*v.*

## UNITED STATES ex rel. THE RAILWAY LIST CO.

---

No. 1232. Submitted November 7, 1902. Decided December 3, 1902.

HEARING on an appeal by the respondent from an order of the Supreme Court of the District of Columbia, directing the issue of a writ of *mandamus*.          *Affirmed.*

*Mr. Ashley M. Gould,* United States Attorney for the District of Columbia, and *Mr. H. H. Glassie,* Assistant, for the appellant.

*Mr. Charles W. Needham* and *Mr. H. B. Needham* for the appellee.

Mr. Justice MORRIS delivered the opinion of the Court:

This case was argued with that of *Henry C. Payne, Postmaster-General,* v. *The United States ex rel. The National Railway Publication Company,* just decided, *ante,* p. 581. The facts and circumstances are similar in both, and the questions of law involved are the same. Our conclusion in it necessarily follows that of the previous case.

The order appealed from will be *affirmed, with costs; and the cause will be remanded to the Supreme Court of the District of Columbia for execution thereof. And it is so ordered.*

Mr. Justice SHEPARD dissented.